# IN THE SUPREME COURT OF PENNSYLVANIA

| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2695 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 72 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 312859 |
| | : | |
| RHASHEA LYNN HARMON, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Rhashea Lynn Harmon is disbarred from the practice of law in this Commonwealth.  Respondent shall comply with all the provisions of Pa.R.D.E. 217 and shall pay costs to the Disciplinary Board.  *See* Pa.R.D.E. 208(g).